stay granted upon furnishing adequate security. Order to be settled on two days' notice. All concurred; McLennan, P. J., not sitting.

The Auburn Telephone Company, Respondent, v. Eliza W. Osborne, Appellant.—Motion denied, without costs, with leave to renew after the determination by the Court of Appeals in Osborne v. Auburn Telephone Company (not yet reported.)

Grace L. Banks, an Infant, by Wilbur F. Banks, Her Guardian ad Litem, Respondent, v. Burt Sebring, Appellant, Impleaded with James S. Rogers,— Order reversed, with ten dollars costs and disbursements, and motion denied and judgment vacated, without costs. All concurred.

Levi L. Silverman and Levi Elsohn, Respondents, v. Charles Miller and Elizabeth M. Danes, Appellants.—Judgment affirmed, with costs. All concurred.

Mary Finn, an Infant, by Charles H. Sweeney, Her Guardian ad Litem, Appellant, v. The American Can Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

Charles H. May and Others, Respondents, v. Mary J. Wright, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of Johanna Cooney, Deceased. St. Bernard's Seminary and Others, Appellants; James Lambert, Respondent. — Decree of Surrogate's Court affirmed, with costs, on opinion in same case on former appeal, reported in 112 App. Div. 659. All concurred.

Max Bachman, Respondent, v. Horace G. Oliver, as President of Rochester Musicians' Protective Association, Appellant. — Motion to dismiss appeal denied, without costs, with leave to renew in case the appellant fails to file and serve printed papers on appeal within ten days after the determination by Mr. Justice Foote of the papers to be printed.

· Russell L. Kinsey, Respondent, v. George S. Donaldson, Appellant, Impleaded with John F. Meaney and Charles A. Gladwin. — Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Dennis Donovan, Appellant, v. City of Oswego and Others, Respondents.— Motion to amend order of reversal granted.

George Lutgen, Respondent, v. Frederick Kruse, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Nash, J., who dissented.

Charles Flynn, Appellant, v. Charles W. Smith and Asa C. Sherman, Respondents.— Judgment of County and Justice Courts reversed, with costs in all courts. All concurred, except Williams, J., who dissented.

William Skinner, Respondent, v. Le Roy Hydraulic Electric Gas Company, Appellant.— Judgment and order affirmed, with costs. All concurred,

George P. Folts, Respondent, v. Hiram Remington and Frederick H. Remington. Franklin M. Parker, as Administrator with the Will Annexed of Hiram Remington, Deceased, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Friedrich Nachod and Others, Respondents, v. Perry Knitting Company, Appellant.— Order modified so as to limit the examination of the witnesses named in said order solely to the delivery to the defendant, and receipt by it from the James Freeman Brown Company of the goods and merchandise mentioned in the complaint in this action, and to require the production on said examination of only such books and papers as bear upon the question, as to which such examination is hereby limited; and as thus modified said order is affirmed, without costs. All concurred, except Kruse, J., not voting.

Jesse M. Adams, as Administrator, with the Will Annexed of John A. Sherman, Deceased, Appellant, v. George B. Massey, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Jesse M. Adams, as Administrator with the Will Annexed of John A. Sherman, Deceased, Appellant, v. George B. Massey Respondent.— Motion to amend order heretofore made and entered by this court denied, with ten dollars costs.

Dunbar and Sullivan Dredging Company, Respondent, v. Title Guaranty and Trust Company of Scranton, Pennsylvania, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented upon the ground that the examination of a long account within the provisions of the Code of Civil Procedure * is not involved.

---

* See Code Civ. Proc. § 1013.— [REP.